PROB 12C
(7/93)

Report Date: April 2, 2009

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 2 2009

JAMES R LARSEN, CLERK
DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Israel Vargas-Izazaga          Case Number: 2:07CR00167-001

Address of Offender: San Luis Arizona Detention Center, 406 N. Ave. D, San Luis, AZ 85349

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Chief U.S. District Judge

Date of Original Sentence: 1/7/2008

Original Offense:     Alien in United States After Deportation, 8 U.S.C. § 1326(b)(1)

Original Sentence:    Prison - 12 Months; TSR - 36      Type of Supervision: Supervised Release
                      Months

Asst. U.S. Attorney:  Pamela J. Byerly               Date Supervision Commenced: 11/14/2008

Defense Attorney:     Jaime Hawk                     Date Supervision Expires: 11/13/2011

---

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |

**Supporting Evidence**: The offender was released from Bureau of Prisons' custody on November 14, 2008, and turned over to Immigration and Customs Enforcement for deportation processing. On or about December 27, 2008, Mr. Vargas-Izazaga was deported from Calexico, California. The offender was again arrested for illegally entering the United States on December 28, 2008, however, he was deported prior to U.S. Probation requesting a warrant. On March 25, 2009, U.S. Probation received notice that the offender had been arrested for illegally entering the United States on March 17, 2009, in Calexico, California.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
**Re: Vargas-Izazaga, Israel**
**April 2, 2009**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: | s/Tommy Rosser
--- | ---
| 04/02/2009

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[  ]  No Action
[X]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[  ]  Other

Signature of Judicial Officer

4/2/09

Date